UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1833
_____

UNITED STATES OF AMERICA

v.

JOSE J. LOPEZ,
a/k/a
JOSE LOPEZ-JIMENEZ

Jose J. Lopez,

Appellant
_____

No. 10-2415
_____

UNITED STATES OF AMERICA

v.

PEDRO ESPARZA-DIAZ,
also known as JUAN DIAZ OSEGERA,
also known as JUAN ESPARZA-DIAZ,
also known as JUAN TRUJILLO,
also known as JUAN SANCHEZ

Pedro Esparza-Diaz,

Appellant
_____

No. 10-2518
_____

UNITED STATES OF AMERICA

v.

PEDRO MANUEL ARRELUCEA-ZAMUDIO,

Appellant

———

No. 10-2519

———

UNITED STATES OF AMERICA

v.

SILVESTRE BRITO-HERNANDEZ,

Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 3-09-cr-00623-001, 1-09-cr-00449-001,
1-08-cr-00136-001 and 1-08-cr-00711-001)
District Judges:  Honorable Garrett E. Brown,
Honorable Robert B. Kugler and Honorable Renee M. Bumb

———

Argued April 15, 2011
Before:  FISHER, JORDAN and COWEN, *Circuit Judges*.

———

## ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion in the above case, filed June 16, 2011, be amended as follows:

Page 3, the description of counsel for appellant, Jose J. Lopez, which read:
    Lisa Van Hoeck
    Office of Federal Public Defender
    22 South Clinton Avenue
    Station Plaza #4, 4th Floor
    Trenton, NJ  08609
        *Counsel for Appellant,*
        *Jose J. Lopez*

2

shall read:

>Lisa Van Hoeck (Argued)
>Office of Federal Public Defender
>22 South Clinton Avenue
>Station Plaza #4, 4th Floor
>Trenton, NJ  08609
>>*Counsel for Appellant,*
>>*Jose J. Lopez*

By the Court,


/s/ D. Michael Fisher
Circuit Judge

Dated:        June 30, 2011